**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MATHU RAJAN, | ) | CASE NO. 25-10356 (DJB) |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**ORDER UNDER 11 U.S.C. § 362(j)**
**CONFIRMING THE AUTOMATIC STAY HAS TERMINATED**

Movant, Mark L. Bunce, a party in interest, has filed a motion requesting an order under 11 U.S.C. § 362(j) confirming that the automatic stay has terminated (the "Motion").

The Court finds that Debtor, Mathu Rajan ("Debtor"), is an individual, and Debtor was a debtor in a prior case that was dismissed within the one-year period preceding the filing of this case. Further, the prior case was not a case dismissed pursuant to 11 U.S.C. § 707(b), and thirty (30) days have elapsed since the current case was filed.

Accordingly, the Motion is GRANTED. and this order hereby confirms that the automatic stay under § 362(a) of Title 11 has been terminated as to Debtor.

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge