**CERTIFICATE OF SERVICE**

This is to certify that on the 27th day of March, 2025, I caused to be served a copy of the foregoing **MOTION UNDER 11 U.S.C. § 362(j) FOR ORDER CONFIRMING THE TERMINATION OF THE AUTOMATIC STAY** by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of the Court, and by depositing same in the United States mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, as set forth below:

| | |
|---|---|
| Mathu Rajan<br>1105 William Penn Drive<br>Bensalem, PA 19020 | William A. Homony<br>c/o Michael D. Vagnoni, Esq.<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 |
| Michael Schwartz, Esq.<br>Law Office of Michael Schwartz<br>707 Lakeside Office Park<br>Southampton, PA 18966 | Edmond M. George<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Michael D. Vagnoni<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | |

/s/ *Nicholas M. Engel*
Nicholas M. Engel, Esquire