# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 25-10356 (DJB) |
| | : | |
| Mathu Rajan, | : | Chapter 13 |
| Debtor. | : | |
| | : | |

## ORDER

NOW, upon consideration of the Motion For The *Pro Hac Vice* Admission Of Michael P. Kohler Pursuant To Local Rules 2090-1(b)(3) And 9014-2(a)(7), it is **ORDERED** that the motion is **GRANTED** and that Michael P. Kohler is admitted *pro hac vice* to the bar of this Court to represent Mark L. Bunce for the purposes of this case only.

Dated: _____

**Date: March 28, 2025**

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge