**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| MATHU RAJAN, | ) CASE No. 25-10356 **(DJB)** |
| | ) |
| DEBTOR. | ) |

**PROPOSED ORDER DENYING MOTION FOR ORDER CONFIRMING TERMINATION OF AUTOMATIC STAY UNDER 11 U.S.C. § 362(j)**

Upon consideration of the Motion for Order Confirming Termination of the Automatic Stay pursuant to 11 U.S.C. § 362(j) filed by Mark Bunce ("Movant") and the Debtor's opposition thereto, the Court having reviewed the motion, the Debtor's opposition, and the arguments presented, and good cause appearing, it is hereby:

**ORDERED** that the Motion for Order Confirming Termination of the Automatic Stay under 11 U.S.C. § 362(j) is DENIED; and it is further

**ORDERED** that the automatic stay imposed under 11 U.S.C. § 362(a) remains in full force and effect, and the stay is not terminated as of the date of the Debtor's bankruptcy filing; and it is further

**ORDERED** that the Debtor shall have fourteen (14) days from the date of this Order to file any outstanding documents, motions, or filings necessary to comply with the Bankruptcy Code requirements, if applicable; and it is further

**ORDERED** that the Movant's request for confirmation of the termination of the automatic stay is hereby denied without prejudice; and it is further

**ORDERED** that the Debtor's health condition, including his ongoing treatment for cancer, and the inadvertent failure to file certain documents shall be considered as the basis for granting this relief, and no further action will be taken on the Motion unless the Court is otherwise informed of material changes to the circumstances.

**IT IS SO ORDERED.**

Dated:

_____
Derek J. Baker
United States Bankruptcy Judge

-