**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| MATHU RAJAN, | ) CASE No. 25-10356 **(DJB)** |
| | ) |
| | ) |
| DEBTOR. | ) |

**ORDER GRANTING EXPEDITED MOTION TO REIMPOSE AUTOMATIC STAY NUNC PRO TUNC**

AND NOW, this ___ day of _____, **2025**, upon consideration of the Debtor's **Motion to Extend or Reinstate the Automatic Stay** pursuant to **11 U.S.C. §§ 362(c)(3)(B) and 105(a)**, and for good cause shown, including the Debtor's extraordinary medical circumstances and excusable neglect in missing the thirty (30)-day deadline to extend the stay, it is hereby:

**ORDERED** that the Debtor's Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay under 11 U.S.C. § 362(a), which would otherwise be deemed terminated pursuant to § 362(c)(3)(A), is hereby **REINSTATED AND EXTENDED NUNC PRO TUNC** to the thirtieth (30th) day following the petition date; and it is further

**ORDERED** that the automatic stay shall **remain in full force and effect as to all creditors for the duration of this case**, unless modified by further Order of this Court.

IT IS SO ORDERED.

Dated: _____

Derek J. Baker
United States Bankruptcy Judge