**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Mathu Rajan, | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 25-10356-DJB |
| | : | Hearing Date: May 15, 2025 at 11:00 AM |

**ORDER**

**AND NOW**, upon consideration of the Motion to Dismiss filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Motion to Dismiss is GRANTED and it is further,

**ORDERED,** that this case is dismissed under 11 U.S.C. 109(e) as the plan is over the debt limit to be eligible to file a Chapter 13 Bankruptcy.

                                                        **BY THE COURT**

Dated: _____                      _____
                                                      **HON. DEREK J. BAKER,**
                                                      **U.S. BANKRUPTCY JUDGE**