# EXHIBIT A

# Eastern District of Pennsylvania
# Claims Register

## [25-10356-djb Mathu Rajan](#)

**Judge:** Derek J Baker  **Chapter:** 13
**Office:** Philadelphia  **Last Date to file claims:** 04/08/2025
**Trustee:** KENNETH E. WEST  **Last Date to file (Govt):** 07/27/2025

| | | |
|---|---|---|
| *Creditor:* (14976254)<br>Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 1**<br>*Original Filed Date*: 02/06/2025<br>*Original Entered Date*: 02/06/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sarah Lynn Irimies<br>*Modified:* |

  Amount claimed: $7399.26

*History:*

Details  1-1  02/06/2025 Claim #1 filed by Discover Bank, Amount claimed: $7399.26 (Irimies, Sarah)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14980829)<br>TD Bank, N.A.<br>PO BOX 1931<br>Burlingame, CA 94011 | **Claim No: 2**<br>*Original Filed Date*: 02/21/2025<br>*Original Entered Date*: 02/21/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Larry Yip<br>*Modified:* |

  Amount claimed: $26703.33

*History:*

Details  2-1  02/21/2025 Claim #2 filed by TD Bank, N.A., Amount claimed: $26703.33 (Yip, Larry)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14994365)<br>Mark L. Bunce<br>Miller & Martin PLLC-Attn: Michael P. Kohler<br>1180 West Peachtree Street, NW<br>Atlanta, GA 30309 | **Claim No: 3**<br>*Original Filed Date*: 04/03/2025<br>*Original Entered Date*: 04/03/2025<br>*Last Amendment Filed*: 04/03/2025<br>*Last Amendment Entered*: 04/03/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* 04/03/2025 |

  Amount claimed: $6878435.96

*History:*

Details  3-1  04/03/2025 Claim #3 filed by Mark L. Bunce, Amount claimed: $6878435.96 (Administrator, EPOC)
Details  3-2  04/03/2025 Amended Claim #3 filed by Mark L. Bunce, Amount claimed: $6878435.96 (Administrator, EPOC)

*Description:*
*Remarks:*

| | |
|---|---|
| *Creditor:* (14974640)<br>William A. Homony,<br>c/o Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>  Amount claimed: $3000000.00 | *Claim No:* 4<br>*Original Filed Date:* 04/08/2025<br>*Original Entered Date:* 04/08/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MICHAEL D. VAGNONI<br>*Modified:* |

*History:*

Details   4-1   04/08/2025 Claim #4 filed by William A. Homony,, Amount claimed: $3000000.00 (VAGNONI, MICHAEL)

*Description:* (4-1) Estimated damages for inter alia, breach of fiduciary duty
*Remarks:*

## Claims Register Summary

**Case Name:** Mathu Rajan
**Case Number:** 25-10356-djb
**Chapter:** 13
**Date Filed:** 01/28/2025
**Total Number Of Claims:** 4

| Total Amount Claimed* | $9,912,538.55 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Administrative** | | |
| **Unassigned (unsecured)** | $9,912,538.55 | $0.00 |

### PACER Service Center

**Transaction Receipt**

04/11/2025 09:40:26

| PACER Login: | kwphl13trustee | Client Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 25-10356-djb Filed or Entered From: 1/1/1990 Filed or Entered To: 4/11/2025 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |