L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                                                    :        **Chapter**

    Mathu Rajan,                                  :

                                                  :        **Bky. No.** 25-10356-DJB

    **Debtors**            * * * * * * *

## CERTIFICATION OF SERVICE

I, Kenneth E. West, Esq., certify that on 04/14/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Dismiss pursuant to 11 U.S. C. 109(e )
- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 04/14/2025

/s/ LeeAne O. Huggins for,
Kenneth E. West, Esq.
Standing Chapter 13 Trustee

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name    Mathu Rajan
Address    1105 William Penn Drive Bensalem, PA 19020
Relationship of Party    Debtor
Via:    X CM/ECF    X 1st Class Mail    ˜ Certified Mail    X e-mail:
    ˜ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Michael Seth Schwartz, Esq.
Address 707 Lakeside Office Park Southampton, PA 18966
Relationship of Party  Debtor's Counsel
Via:    X CM/ECF    ˜ 1st Class Mail    ˜ Certified Mail    ˜ e-mail:
        ˜ Other:

Name  Office of the United States Trustee
Address  Robert N.C. Nix Federal Courthoouse
Relationship of Party  U.S. Trustee
Via:    X CM/ECF    ˜ 1st Class Mail    ˜ Certified Mail    ˜ e-mail:
        ˜ Other: