**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | | |
|---|---|---|
| In re:   Mathu Rajan | : | Chapter 13 |
| | : | |
| Debtor, | : | Bankruptcy No. 25-10356 (DJB) |
| | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Matthew B. Weisberg, Esquire as co-counsel on behalf of Debtor, Mathu Rajan, in regard to the above captioned matter.

Respectfully Submitted,

WESIBERG LAW

BY: */s/ Matthew B. Weisberg*
MATTHEW B. WEISBERG, ESQ.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

In re:   Mathu Rajan                :    Chapter 13
                                    :
                    Debtor,         :    Bankruptcy No. 25-10356 (DJB)
                                    :

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 24th day of April 2025, a true and correct copy of the foregoing Entry of Appearance was served via ECF upon all counsel of record.

**WEISBERG LAW**

 */s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
PA Attorney Id. No.: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
Co-Counsel for Debtor