# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MATHU RAJAN, | ) | CASE NO. 25-10356 (DJB) |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## ORDER

AND NOW, this 25th day of April, 2025, upon consideration of the EXPEDITED MOTION TO REIMPOSE AUTOMATIC STAY NUNC PRO TUNC PURSUANT TO 11 U.S.C. §§ 362(c)(3)(B), 105(a) [Dkt 35] which was set for hearing on April 24, 2025 and after consideration of the responses thereto and the presentation of evidence thereon, and for the reasons stated on the record at said hearing, it is hereby ORDERED; that the Motion is DENIED and it is further

ORDERED that, as a result of the foregoing disposition of the Motion, the MOTION UNDER 11 U.S.C. § 362(j) FOR ORDER CONFIRMING THE TERMINATION OF THE AUTOMATIC STAY [Dkt. 26] is MOOT.

**Date: April 25, 2025**

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge