**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| **MATHU RAJAN** | : |
| | : |
| Debtor | : Bankruptcy No. 25-10356 DJB |

### DEBTOR'S PRAECIPE FOR VOLUNTARY DISMISSAL OF CASE

**TO THE HONORABLE DEREK J. BAKER, US BANKRUPTCY JUDGE:**

Debtor, **Mathu Rajan,** by and through his attorney, **MICHAEL SCHWARTZ, ESQUIRE,** respectfully represents the following:

1. Debtor, **Mathu Rajan,** filed for Chapter 13 bankruptcy relief on or about December 20, 2024.

2. This case has not been converted under 11 U.S.C. Sec. 706, 1112, 1307 or 1208.

3. The Debtor hereby files this Motion to Dismiss under 11 U.S.C. Sec. 1307(b) which provides that "on request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable."

4. The automatic stay has been terminated, and he no longer wishes to be in bankruptcy.

**WHEREFORE,** Debtor prays for relief in accordance with Chapter 13 of the Bankruptcy Code.

Respectfully submitted,

_/s/ Michael Schwartz_
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor