**WEISBERG LAW**
BY: Matthew B. Weisberg
Attorney ID. #85570
7 South Morton Ave.                                    Attorney for Debtor
Morton, PA 19070
(610) 690-0801
Fax (610) 690-0880

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| MATHU RAJAN | : | Case No. 25-10356 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## DEBTOR, RAJAN'S MOTION FOR CONTINUANCE OF HEARING(S) SCHEDULED FOR MAY 15, 2025

Matthew B. Weisberg, Esquire, on behalf of Debtor, Rajan, respectfully requests this Honorable Court continue the hearing from May 15, 2025, until a date this Honorable Court sets, and says:

Pending before this Honorable Court on May 15, 2025 is an omnibus hearing.

Debtor, Rajan respectfully requests this Honorable Court continue the hearing from May 15, 2025, until a day fixed by this Court.

In support of the above request for continuance, Rajan's and chosen undersigned counsel has a pre-scheduled conference (out-of-state) May 14-16, 2025: conflicting with this Court's hearing.

If this Court denies Rajan's request, counsel will be forced to miss the (very important) conference to his and his law firm's great professional detriment, as well as incur the expense of the flight and hotel being canceled.

Nonetheless, and despite having been so advised, Bunce has not substantively responded to this continuance concurrence request as initiated by Debtor's counsel and the Courtroom Deputy.

WHEREFORE, Debtor, Rajan respectfully requests this Honorable Court continue the May 15, 2025 hearing(s).

                                      WEISBERG LAW

                                      /s/ Matthew B. Weisberg
                                      Matthew B. Weisberg, Esquire
                                      Attorney for Debtor