# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MATHU RAJAN, | ) | CASE NO. 25-10356 (DJB) |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## ORDER DISMISSING CASE
## WITH A BAR AGAINST REFILING FOR TWELVE MONTHS

AND NOW, on this _____ day of May 2025, upon consideration of (i) Mark Bunce's Motion to Dismiss Case with Prejudice; or, in the Alternative, to Convert to Chapter 7 (*Dkt. No. 48*), and Objection to Confirmation (*Dkt, No. 45*), (ii) the Debtor's Motion for Voluntary Dismissal of Case (*Dkt. No. 67*), (iii) Objection to Confirmation of William A. Homony in his capacity as Chapter 11 Trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc. (*Dkt. No. 47*), and (iv) Motions to Dismiss, as Amended, by Kenneth E. West, Esq., Standing Chapter 13 Trustee (*Dkt. Nos. 40, 42 & 44*), and upon agreement with creditor Mark Bunce and with the consent of the Debtor by and through his undersigned counsel, and after due and proper notice and assignment of hearing, and based on the entire record of this case and good cause appearing, it is hereby **ORDERED**:

1. The Debtor's chapter 13 case is hereby DISMISSED with prejudice under 11 U.S.C. §§ 105(a) and 349(a); and

2. The Debtor, Mathu Rajan, is hereby prohibited, enjoined, and barred from refiling for bankruptcy under any chapter of the Bankruptcy Code, and in any jurisdiction for a period of 365 days from the date of entry of this Order; and

3. All other pending objections, motions, requests for relief or other matters in this case are dismissed as moot.

Date:_____

**Date: May 22, 2025**

BY THE COURT

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

Consent is hereby given to the
form and content of this Order by:

**WEISBERG LAW**

/s/ Matthew B. Weisberg
_____
Matthew B. Weisberg, Esquire
*Attorney for Debtor, Mathu Rajan*

_____
Mathu Rajan
Debtor

**LAW OFFICE OF MICHAEL SCHWARTZ**

/s/ Michael S. Schwartz
_____
Michael S. Schwartz, Esquire
*Attorney for Debtor, Mathu Rajan*

**Standing Chapter 13 Trustee**

/s/ LeeAne O. Huggins
_____
LeeAne O. Huggins, Esquire

**OBERMAYER REBMANN
MAXWELL & HIPPEL LLP**

/s/ Michael D. Vagnoni
_____
Michael D. Vagnoni, Esquire
*Counsel for William A. Homony, in his capacity as Chapter 11 Trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc.*

**MILLER & MARTIN PLLC**

/s/ Paul M. Alexander
_____
Paul M. Alexander, *admitted pro hac vice*
*Co-Counsel for Mark L. Bunce*

**SMITH KANE HOLMAN, LLC**

/s/ Nicholas M. Engel
_____
Nicholas M. Engel, Esquire
*Co-Counsel for Mark L. Bunce*